**Order entered October 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00965-CV

## JOHN CHOWDHURY, Appellant

## V.

## WELLS FARGO BANK NA AND KINGDOM GROUP INVESTMENTS, INC., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17302

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

Based on the opinion of this date, we **DENY** appellant's motion to reduce supersdeas bond.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE